UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. | 2:23-cr-00524-DMG-1 | Date: 11/2/2023 |
| Present: The Honorable: | Patricia Donahue | |
| Interpreter | Javier Villalobos | Language: Spanish |

| Isabel Verduzco | CS 11/2/2023 | Shemitz, Julie J. |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✓ Present In Custody | Attorneys for Defendants: ✓ Present CJA |
|---|---|
| Edgar Joel Martinez-Reyes | Salseda, Gerald C |

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case    Appointment of Counsel

\* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Javier Villalobos; Language: Spanish

\* Defendant states true name is the name on the charging document.

\* Defendant is arraigned under name on charging document.

\* Defendant acknowledges having read charging document and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the charging document.

\* This case is assigned to Judge Dolly M. Gee.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/2/2024 8:30 AM; Pre-Trial Conference: 12/20/2023 2:30 PM

\* The government is ordered to turn over any discovery within two weeks after PIA. If there are any problems regarding discovery, counsel are to file a joint report within one week of the discovery deadline, or request for a status conference. Judge Gee is located in 8C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | | Appointment of Counsel: | : |
| --- | --- | --- | --- | --- | --- | --- |
| | ✓ USMLA | USMED | USMSA | | Arraignment: | 00 : 02 |
| | Statistics Clerk | | ✓ Interpreter | | Initials of Deputy Clerk: | IV by ER |
| | ✓ CJA Supervising Attorney | | Fiscal | | | |