Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2023 NOV -2 AM 8:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.
Edgar J. Martinez-Reyes
USMS# _____
DEFENDANT

CASE NUMBER: 2:23-CR-00524-SVW-1 DMG

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/01/23 at ___ ☐ AM ☐ PM
   or
   The defendant was arrested in the CENTRAL District of CA on 11/1/23 at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 846, 18 USC 1956(h), 371 SECTION 1960

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes  Language: SPANISH

7. Year of Birth: 1979

8. Defendant has retained counsel: ☐ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: FERNANDO BAÑULOS

10. Remarks (if any): _____

11. Name: SCOTT GUERRERO (please print)

12. Office Phone Number: 323-326-6767
13. Agency: DEA
14. Signature: _____
15. Date: 11/2/23

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION