UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA ☐ RS ☐ SA   DATE FILED: 10/27/2023 |
| | CASE NUMBER: 2:23-cr-00524-DMG-1   ☐ Under Seal |
| v. | INIT. APP. DATE: 11/2/2023   TIME: 1:30 PM |
| Edgar Joel Martinez-Reyes | CHARGING DOC: Indictment |
| | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 21:846=CD.F; 18:1956-7477.F; 18:1960.F |
| | COURTSMART/REPORTER: CS 11/2/23 |

| | |
|---|---|
| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE Patricia Donahue | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |

PRESENT: Isabel Verduzco (Deputy Clerk)   Shemitz, Julie J. (Assistant U.S. Attorney)   Spanish (Interpreter/Language) Javier Villalobos

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is ____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☑ Attorney: Salseda, Gerald C   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: ____
- ☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☑ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ ____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for ____ at ____ in Los Angeles
- ☐ Post-Indictment Arraignment set for: ____ at ____ in Los Angeles
- ☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights.   ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to ____ District of ____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before ____
  - ☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____
  - ☐ Warrant of removal and final commitment are ordered stayed until ____
- ☐ Case continued to (Date) ____ (Time) ____ ☐ AM / ☐ PM
- ☐ Type of Hearing: ____ Before Judge ____ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom   ☐ Judge's Courtroom
- ☑ Defendant committed to the custody of the U.S. Marshal   ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Release Order issued (if issued using Release Book: Release Order No. ____).
- ☑ Other: PiH held; See Separate PiH minutes.

RECEIVED:  ☐ PSA  ☐ PROBATION  ☐ FINANCIAL  ☐ CR-10   ☐ READY   Deputy Clerk Initials IV