California Elite Attorneys
Zaura Villagomez, Esq., SBN 322102
15915 Ventura Blvd., Suite 203
Encino, CA 91436
213-992-5000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-cr-00524-DMG |
| v. | |
| Edgar Joel Martinez- Reyes | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, |
| DEFENDANT. | (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Patricia Donahue

on December 18, 2023 at 10:00 ☑ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

An interpreter is ☑ required ☐ is not required. Language Spanish
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

_____  _____  _____
Date             Deputy Clerk     Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☐ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)

alifornia Elite Attorneys
Zaura Villagomez, Esq., SBN 322102
15915 Ventura Blvd., Suite 203
Encino, CA 91436
213-992-5000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:23-cr-00524-DMG |
| Edgar Joel Martinez- Reyes | |
| DEFENDANT. | APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING |

Application is made by ☐ plaintiff ☑ defendant Edgar Joel Martinez Reyes that a hearing be held to review/reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Patricia Donahue _____ by order dated: November 2, 2023

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☑ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Declarations written under penalty of perjury by individuals to attest to his international travel, including medical records. Information in regards to his background in immigration, including name and aliases, and significant ties to the United States, including collateral.

Relief sought *(be specific)*:
Defendant to be released with ankle monitoring, and collateral to secure his return to this court.

Counsel for the defendant and plaintiff United States Government consulted on _____ and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on 12/13/2023 _____.

An interpreter is ☑ required ☐ not required. Language Spanish
Defendant is ☐ in custody ☐ not in custody.

| 12/13/2023 | Zaura Villagomez, Esq. |
|---|---|
| Date | Moving Party |

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)