California Elite Attorneys
Zaura Villagomez, Esq., SBN 322102
15915 Ventura Blvd., Suite 203
Encino, CA 91436
213-992-5000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Edgar Joel Martinez- Reyes<br><br>DEFENDANT. | CASE NUMBER:<br><br>2:23-cr-00524-DMG<br><br>**DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, Edgar Joel Martinez- Reyes _____ , declare that

*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☑ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___19___ day of ___December___ , 2023
at Los Angeles, CA
*(City and State)*

X _____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, Zaura Villagomez _____ , am fluent in written and spoken English and Spanish

languages. I accurately translated this form from English into Spanish _____

to declarant Edgar Joel Martinez-Reyes _____ on this date.

Date: 12-19-2023

_____
*Interpreter*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 8763401

**Passport Receipt**

Defendant Name: Edgar Joel Martinez Reyes

Name on passport, if different:

Country of Origin: Mexico

Date passport issued: 12/03/19

Expiration date of passport: 12/03/29

Ordered by court in the Central District of California

Docket Number: 0973 2:23CR00524-1

U.S. Probation & Pretrial Services

Roybal

| | |
|---|---|
| Zaura Villagamez | 12/18/23 |
| Surrendered By | Date |
| | |
| Lilia Flores | 12/18/23 |
| Received By | Date |
| | |
| Returned To | Date |
| | |
| Surrendered By | Date |

Purpose Returned

Address (if mailed)