E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    312 North Spring Street, 11th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-2686
    Facsimile: (213) 894-6269
    E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-00524 |
|---|---|
| Plaintiff, | GOVERNMENT'S FIRST BILL OF PARTICULARS RE FORFEITURE ALLEGATIONS |
| v. | |
| EDGAR JOEL MARTINEZ-REYES, et al. | |
| Defendant. | |

    Notice is hereby given that the government, pursuant to the forfeiture allegations set forth in the Indictment, intends to seek criminal forfeiture of property including, but not limited to, the following, to wit: $120,000.00 in U.S. Currency (21-DEA-684303) seized on September 17, 2021, in Northridge, California.

Dated: April 12, 2024          Respectfully submitted,

                                        E. MARTIN ESTRADA  
United States Attorney  
MACK E. JENKINS  
Assistant United States Attorney  
Chief, Criminal Division  
JONATHAN GALATZAN  
Assistant United States Attorney  
Chief, Asset Forfeiture and Recovery Section

                   /s/ James E. Dochterman  
JAMES E. DOCHTERMAN  
Assistant United States Attorney

Attorneys for Plaintiff  
UNITED STATES OF AMERICA