E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>EDGAR JOEL MARTINEZ-REYES, ET AL.,<br><br>      Defendants. | No. 2:23-524(A)-DMG<br><br>GOVERNMENT'S EX PARTE MOTION TO CONSOLIDATE DOCKET; DECLARATION OF JULIE J. SHEMITZ |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julie J. Shemitz, hereby files its ex parte motion to consolidate the docket in this case.

    This motion is based upon the attached declaration of Julie J.

Shemitz, the files and records in this case, and such further

evidence and argument as the Court may permit.

Dated: July 23, 2024                    Respectfully submitted,

                                        E. MARTIN ESTRADA
                                        United States Attorney

                                        MACK E. JENKINS
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                             /s/
                                        _____
                                        JULIE J. SHEMITZ
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2

1          DECLARATION OF JULIE J. SHEMITZ

2     I, Julie J. Shemitz, declare as follows:

3     1.    I am an Assistant United States Attorney for the Central

4  District of California assigned to prosecute this case.  I have

5  knowledge of the facts set forth herein and could and would testify

6  to those facts fully and truthfully if called and sworn as a witness.

7     2.    On May 25, 2023, a grand jury for the Central District of

8  California returned an indictment in <u>United States v. Sai Zhang, et</u>

9  <u>al.</u>, 2:23-cr-258-DMG, charging ten defendants with violations of 18

10  U.S.C. §§ 1956 and 1960.  The case was assigned to this Court.  Eight

11  of the ten defendants have appeared and counsel either retained or

12  appointed.

13    3.    On October 25, 2023, a grand jury for the Central District

14  of California returned an indictment in <u>United States v. Edgar Joel</u>

15  <u>Martinez-Reyes, et al.</u>, 2:23-cr-524-DMG, charging 14 defendants with

16  violations of 21 U.S.C. §§ 846 and 841(a)(1), 18 U.S.C. § 1956(h), 18

17  U.S.C. §§ 371 and 1960, and related charges.  A notice of related

18  case was filed and this Court accepted the case for trial.  Twelve of

19  the 14 defendants have appeared and counsel either retained or

20  appointed.

21    4.    On April 4, 2024, a grand jury for the Central District of

22  California returned a first superseding indictment in <u>United States</u>

23  <u>v. Edgar Joel Martinez-Reyes, et al.</u>, 2:23-cr-524(A)-DMG, joining all

24  24 defendants in one indictment because of the related nature of the

25  cases.  Two defendants, Diego Acosta Ovalle (#16), and Leopoldo

26  Bernal (#21) are the only defendants to have appeared on the

27  superseding indictment thus far.  No other defendants have appeared

28  or been arraigned on the superseding indictment.

5.    Following the return of the First Superseding Indictment, I contacted the clerk's office to attempt to clarify the docket and spoke to a clerk supervisor.  Despite his best efforts, the clerk's office has not yet been able to change the docket to accurately reflect either the correct order of defendants as set forth in the First Superseding Indictment or, more importantly, counsel for the defendants who were originally named in the first indictment (United States v. Zhang, et al., 2:23-cr-258-DMG).  As of now, the docket shows an improperly numbered list of defendants that does not correspond to the superseding indictment, and no information about the identity of counsel already appearing for these defendants.

6.    After consultation with the clerk's office supervisor, it was requested that the government file the instant motion, requesting the Court to order the docket changed.

7.    Therefore, by this motion, the United States is respectfully requesting that this Court order the clerk's office to revise the docket for United States v. Martinez-Reyes, et al., 2:23-cr-524(A) to:

a.    Accurately reflect the order of defendants as they appear in this First Superseding Indictment; and

b.    Add the names of counsel for the defendants originally named in United States v. Zhang, et al., 2:23-cr-258-DMG, who will continue to represent their respective clients in this case.

8.    On July 23, 2024, I contacted all defense counsel in this case to determine if any objected to this ex parte motion.  I received no objections.

I declare under penalty of perjury under the laws of the United

//

2

States of America that the foregoing is true and correct and that
this declaration is executed at Los Angeles, California, on July 24,
2024.

*Julie J. Shemitz*

JULIE J. SHEMITZ