E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5735
     Facsimile: (213) 894-0142
     Cell:      (213) 500-9369
     E-mail:    julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-524(A)-DMG |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE STATUS REPORT REGARDING PREVIOUSLY-SET TRIAL DATES AND PROPOSED CONSOLIDATION; DECLARATION OF JULIE J. SHEMITZ |
| v. | |
| EDGAR JOEL MARTINEZ-REYES, ET AL., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julie J. Shemitz, hereby files its ex parte status report regarding previously-set dates for trial, proposed consolidation, and forthcoming stipulation to continue.

This status report is based upon the attached declaration of Julie J. Shemitz, the files and records in this case, and such further evidence and argument as the Court may permit.

| | |
|---|---|
| Dated: July 26, 2024 | Respectfully submitted, |
| | E. MARTIN ESTRADA<br>United States Attorney |
| | MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/<br>JULIE J. SHEMITZ<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |