UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

| Case No. | CR 23-524-DMG<br>CR 23-258-DMG | Date | August 1, 2024 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |
|---|---|---|---|

| Kelly Davis | Not Reported | Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Edgar Joel Martinez-Reyes, *et al.* | Not | | ✓ | Zaura Villagomez | Not | | ✓ |

**Proceedings:  (IN CHAMBERS) ORDER DENYING MOTION FOR ORDER CONSOLIDATING DOCKET [323]**

Having inquired into the matter at length, the Court advises counsel that it is unable, without undue burden and inefficient use of court resources, to renumber the defendants on the docket in *United States v. Martinez-Reyes*, CR 23-524-DMG, to reflect their order in the First Superseding Indictment. Nonetheless, it is the order of defendants reflected in the most recent indictment, the First Superseding Indictment in *Martinez-Reyes*, that controls for substantive purposes.

The motion for order consolidating the docket is therefore **DENIED** due to undue administrative burden. Counsel for Defendants who have appeared in CR 23-258-DMG, *United States v. Sai Zhang, et al.*, may appear in *Martinez-Reyes* in accordance with the Court's usual procedures.

**IT IS SO ORDERED.**