1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JULIE J. SHEMITZ (Cal. Bar No. 224093)
4  Assistant United States Attorney
   International Narcotics, Money Laundering & Racketeering Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-5735
7       Facsimile: (213) 894-0142
        Cell:      (213) 500-9369
8       E-mail:    julie.shemitz@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

10

11              UNITED STATES DISTRICT COURT

12         FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          No. 2:23-CR-00524(A)-DMG

14         Plaintiff,                 STIPULATION REGARDING REQUEST FOR
                                      (1) CONTINUANCE OF TRIAL DATE(S)
15         v.                         AND (2) FINDINGS OF EXCLUDABLE
                                      TIME PERIODS PURSUANT TO SPEEDY
16 EDGAR JOEL MARTINEZ-REYES ET       TRIAL ACT
      AL.,
17                                    **CURRENT TRIAL DATES:    11/5/24;
           Defendants.               3/25/2025**
18                                   **PROPOSED TRIAL DATE:    10/21/2025**

19

20      Plaintiff United States of America, by and through its counsel

21 of record, the United States Attorney for the Central District of

22 California and Assistant United States Attorney Julie J. Shemitz, and

23 defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

24 individually and by and through his counsel of record, Zaura

25 Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

26 his counsel of record, Rueven L. Cohen and Youngbin Son; BERNARDO

27 MAUBERIS ("MAUBERIS"), both individually and by and through his

28 counsel of record, Robert M. Helfend; PANYU ZHAO, both individually

and by and through his counsel of record, Louis J. Shapiro; RAUL CONTRERAS, individually, and by and through his counsel of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by and through his counsel of record, John Targowski; HANG SU ("SU"), both individually and by and through his counsel of record, Michael D. Walsh; JIAYUNG YU, both individually, and by and through his counsel of record, Jonathan Perliss; XIAOLEI YE, both individually, and by and through his counsel of record, Edward M. Robinson; XUANYI MU ("MU"), both individually and by and through his counsel of record, Donald M. Matson; OSCAR EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his counsel of record, Matthew J. Lombard; LEOPOLDO BERNAL, individually, and by and through his counsel of record, Anthony Solis; JOSE ANTONIO PARDO, individually, and by and through his counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually, and by and through his counsel of record, Kevin Gres, hereby stipulate as follows:

1.    On April 4, 2024, a grand jury for the Central District of California returned first superseding indictment as to both United States v. Zhang, et al. and United States v. Martinez-Reyes, et al. Initial appearance and arraignment for defendant CHENGWU HE has been set for August 22, 2024.

2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the trial commence on or before August 20, 2024.

3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DIEGO ACOSTA OVALLE, DANIEL GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this district.

4.    All defendants who have appeared in this district have been released on bond pending trial.

5.   Defendant RODRIGUEZ-TRUJILLO (#11) was released on bond but has since absconded and his whereabouts are unknown.

6.   The parties estimate that the trial in this matter will last approximately three weeks.  All defendants are joined for trial and a severance has not been granted.

7.   The trial for defendant BELANDRIA-CONTRERAS (#4) is scheduled for October 21, 2025.

8.   By this stipulation, the undersigned parties move to continue the trial date to October 21, 2025, and the status conference to October 8, 2025.

9.   The 14 defense counsel who have executed this stipulation represent to this Court that they have conferred with their respective clients and that those defendants concur in the request for the continuance; they further assert that they will obtain and file their respective clients' signatures by the close of business on August 12, 2024.

10.   Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.   Counsel for defendants represent that they have various prior obligations and trial conflicts. Counsel for defendants also represent that additional time is necessary to confer with their defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represent that failure to grant the continuance would deny them reasonable time

3

necessary for effective preparation, taking into account the exercise of due diligence.

b.    Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

c.    The government does not object to the continuance.

d.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

11.    For purposes of computing the date under the Speedy Trial Act by which defendants' trial must commence, the parties agree that the time period of January 2, 2024 to October 21, 2025, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

12.  Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: August 6, 2024                Respectfully submitted,

                                     E. MARTIN ESTRADA
                                     United States Attorney

                                     MACK E. JENKINS
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                     _____/s/_____
                                     JULIE J. SHEMITZ
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA


I am EDGAR MARTINEZ-REYES's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision

to give up the right to be brought to trial earlier than October 21,
2025, is an informed and voluntary one.

    */s/  with permission*        8/6/2024

_____    _____
ZAIRA VILLAGOMEZ                     Date
Attorney for Defendant
EDGAR MARTINEZ-REYES


    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025, at
8:30 a.m.


_____    _____
EDGAR MARTINEZ-REYES                 Date
Defendant

### **CERTIFICATION OF INTERPRETER**

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.


_____    _____
INTERPRETER                          Date

I am SAI ZHANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

    /s/  *with permission*                    8/6/2024

_____        _____
RUEVEN L. COHEN                    Date
YOUNGBIN SON
Attorneys for Defendant
SAI ZHANG


    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.


_____        _____
SAI ZHANG                          Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant SAI ZHANG on this date.


_____        _____
INTERPRETER                        Date

1    I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025, is an

7    informed and voluntary one.

8        */s/  with permission*                8//6/2024

9    ROBERT M. HELFEND                          Date
     Attorney for Defendant
10   BERNARDO MAUBERIS

11

12   I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   *see attached signature page*

20   BERNARDO MAUBERIS                          Date
     Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant BERNARDO MAUBERIS on

26   this date.

27

28   INTERPRETER                                Date

8

1   I am PANYU ZHAO's attorney.  I have carefully discussed every

2 part of this stipulation and the continuance of the trial date with

3 my client. I have fully informed my client of his Speedy Trial

4 rights.  To my knowledge, my client understands those rights and

5 agrees to waive them.  I believe that my client's decision to give up

6 the right to be brought to trial earlier than October 21, 2025 is an

7 informed and voluntary one.

8   /s/ *with permission*    8/6/2024

_____  _____

9 LOUIS J. SHAPIRO        Date
 Attorney for Defendant
10 PANYU ZHAO

11

12   I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19

_____  _____

20 PANYU ZHAO          Date
 Defendant

21

22       **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24 English and Mandarin languages.  I accurately translated this entire

25 agreement from English into Mandarin to defendant PANYU ZHAO on this

26 date.

27

_____  _____

28 INTERPRETER         Date

1       I am RAUL CONTRERAS's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025, is an

7  informed and voluntary one.

8       */s/  with permission*                     8/6/2024

9  CHARLES C. BROWN                          Date
   Attorney for Defendant
10 RAUL CONTRERAS

11

12      I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19

20 RAUL CONTRERAS                            Date
   Defendant
21

22              **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant RAUL CONTRERAS on

26 this date.

27

28 INTERPRETER                               Date

1    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025, is an

7    informed and voluntary one.

8              /s/  *with permission*              8/6/2024

9    _____    _____
     JOHN TARGOWSKI                     Date
     Attorney for Defendant
10   GUILLERMO ZAMBRANO

11

12    I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19

20   _____    _____
     GUILLERMO ZAMBRANO                 Date
     Defendant
21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant GUILLERMO ZAMBRANO

26   on this date.

27

28   _____    _____
     INTERPRETER                        Date

                              11

I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

/s/ *see attached*                                8/6/2024

_____        _____
MICHAEL D. WALSH                                 Date
Attorney for Defendant
HANG SU


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

*see attached signature page*

_____        _____
HANG SU                                          Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.


_____        _____
INTERPRETER                                      Date

12

1       I am JIAYONG YU's attorney.  I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8      /s/  *with permission*                    8/6/2024

   _____      _____
9  JONATHON PERLISS                       Date
   Attorney for Defendant
10 JIAYONG YU

11

12      This agreement has been read to me in Mandarin, the language I

13 understand best, and I have carefully discussed every part of it with

14 my attorney.  I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date and give up my right to be

16 brought to trial earlier than October 21, 2025.  I understand that I

17 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

18 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

19

   _____      _____
20 JIAYONG YU                             Date
   Defendant
21                         **CERTIFICATION OF INTERPRETER**

22      I, _____, am fluent in the written and spoken

23 English and Mandarin languages.  I accurately translated this entire

24 agreement from English into Mandarin to defendant JIAYONG YU on this

25 date.

26

   _____      _____
27 INTERPRETER                            Date

28

                                13

1   I am XIAOLEI YE's attorney.  I have carefully discussed every

2   part of this stipulation and the continuance of the trial date with

3   my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8       */s/  with permission*                        8/6/2024

9   _____    _____
    EDWARD M. ROBINSON                  Date
    BRIAN ARTHUR ROBINSON
10  Attorneys for Defendant
    XIAOLEI YE

11

12

13      This agreement has been read to me in Mandarin, the language I

    understand best, and I have carefully discussed every part of it with
14
    my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
    agree to the continuance of the trial date and give up my right to be
16
    brought to trial earlier than October 21, 2025.  I understand that I
17
    will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
    90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19
    *see attached signature page*
20  _____    _____
    XIAOLEI YE                          Date
21  Defendant
                         **CERTIFICATION OF INTERPRETER**
22
        I, _____, am fluent in the written and spoken
23
    English and Mandarin languages.  I accurately translated this entire
24
    agreement from English into Mandarin to defendant XIAOLEI YE on this
25
    date.
26

27  _____    _____
    INTERPRETER                         Date
28

                                    14

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

/s/  *with permission*                                  8/6/2024
_____        _____
DONALD J. MATSON                              Date
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
XUANYI MU                                          Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XUANYI MU on this date.

_____        _____
INTERPRETER                                        Date

I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
ROBERT C. HSU                           Date
Attorney for Defendant
SHOU YANG

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
SHOU YANG                               Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant SHOU YANG on this date.

_____        _____
INTERPRETER                             Date

16

1        I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8        /s/  *with permission*

9   _____        _____
    MATTHEW J. LOMBARD                          Date
    Attorney for Defendant
10  OSCAR EDUARDO MAYORGA

11

12       I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19

20  _____        _____
    OSCAR EDUARDO MAYORGA                        Date
    Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27

28  _____        _____
    INTERPRETER                                 Date

                                    17

I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
ROBERT BERNSTEIN                        Date
Attorney for Defendant
VIDAL LICON-ROBLES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
VIDAL LICON-ROBLES                      Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant VIDAL LICON-ROBLES on this date.

_____        _____
INTERPRETER                             Date

I am LEOPOLDO BERNAL's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_/s/ with permission_                    8/6/2024

_____        _____
ANTHONY M. SOLIS                       Date
Attorney for Defendant
LEOPOLDO BERNAL

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
LEOPOLDO BERNAL                        Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant LEOPOLDO BERNAL on this date.

_____        _____
INTERPRETER                            Date

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

  /s/  *with permission*                          8/6/2024
_____        _____
MICHAEL S. CHERNIS                   Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.


_____        _____
JOSE ANTONIO PARDO                   Date
Defendant

### CERTIFICATION OF INTERPRETER

  I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.


_____        _____
INTERPRETER                          Date

I am JIANDE ZHOU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

    /s/  *with permission*                              8/6/2024

_____          _____
KEVIN D. GRES                             Date
Attorney for Defendant
JIANDE ZHOU


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
JIANDE ZHOU                               Date
Defendant

## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIANDE ZHOUon this date.

_____          _____
INTERPRETER                               Date

21