1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.
3       9.   Nothing in this stipulation shall preclude a finding that
4  other provisions of the Speedy Trial Act dictate that additional time
5  periods be excluded from the period within which trial must commence.
6  Moreover, the same provisions and/or other provisions of the Speedy
7  Trial Act may in the future authorize the exclusion of additional
8  time periods from the period within which trial must commence.
9       IT IS SO STIPULATED.
   Dated: August 5, 2024          Respectfully submitted,
10
                                  E. MARTIN ESTRADA
11                                United States Attorney

12                                MACK E. JENKINS
                                  Assistant United States Attorney
13                                Chief, Criminal Division

14
                                        /s/
15                                _____
                                  JULIE J. SHEMITZ
16                                Assistant United States Attorney

17                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21  discussed every part of this stipulation and the continuance of the
22  trial date with my client. I have fully informed my client of his
23  Speedy Trial rights.  To my knowledge, my client understands those
24  rights and agrees to waive them.  I believe that my client's decision
25  to give up the right to be brought to trial earlier than _____
26  is an informed and voluntary one.
27  _____        8-24-24
    ZAIRA VILLAGOMEZ                      Date
28

5

Scanned with CamScanner

*[signature]*
Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____    8-12-24
EDGAR MARTINEZ-REYES          Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, *[Zaira Villagran]*, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

_____    8-12-24
INTERPRETER                   Date

6