I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

_____        8/9/24
JOHN TARGOWSKI                    Date
Attorney for Defendant
GUILLERMO ZAMBRANO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

Guillermo Ortiz                   08-09-24
GUILLERMO ZAMBRANO                 Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

Self interpreter                  _____
INTERPRETER                        Date

11