E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>EDGAR JOEL MARTINEZ-REYES ET<br>  AL.,<br><br>      Defendants. | No. 2:23-CR-00524(A)-DMG<br><br><u>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**CURRENT TRIAL DATES:  11/5/24; 3/25/2025**<br>**PROPOSED TRIAL DATE:  5/19/2025** |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julie J. Shemitz, and defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both individually and by and through his counsel of record, Zaura Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE, both individually and by and through his counsel of record, Victor

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and
2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both
3  individually and by and through his counsel of record, Louis J.
4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel
5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by
6  and through his counsel of record, John Targowski; LUIS BELANDRIA-
7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and
8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both
9  individually and by and through his counsel of record, Michael D.
10 Walsh; JIAYUNG YU, both individually, and by and through his counsel
11 of record, Jonathan Perliss; XIAOLEI YE, both individually, and by
12 and through his counsel of record, Edward M. Robinson; XUANYI MU
13 ("MU"), both individually and by and through his counsel of record,
14 Donald M. Matson; SHOU YANG, individually, and by and through his
15 counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both
16 individually, and by and through his counsel of record,      OSCAR
17 EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his
18 counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-
19 ROBLES"), both individually and by and through his counsel of record,
20 Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through
21 his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,
22 individually, and by and through his counsel of record, Peter
23 Johnson; JOSE ANTONIO PARDO, individually, and by and through his
24 counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,
25 and by and through his counsel of record, Kevin Gres, hereby
26 stipulate as follows:
27

1    1.   On April 4, 2024, a grand jury for the Central District of

2 California returned first superseding indictment as to both <u>United</u>

3 <u>States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u>

4 Initial appearance and arraignment for defendant CHENGWU HE has been

5 set for August 22, 2024.

6    2.   The Speedy Trial Act, 18 U.S.C. § 3161, requires that the

7 trial commence on or before August 20, 2024.

8    3.   Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL

9 GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this

10 district.

11    4.   All defendants who have appeared in this district have been

12 released on bond pending trial.

13    5.   The parties estimate that the trial in this matter will

14 last approximately three weeks.  All defendants are joined for trial

15 and a severance has not been granted.

16    6.   By this stipulation, the parties move to continue the trial

17 date to and the status conference to October 21, 2025 and the status

18 conference to October 8, 2025.

19    7.   Defendants request the continuance based upon the following

20 facts, which the parties believe demonstrate good cause to support

21 the appropriate findings under the Speedy Trial Act:

22    a.   Counsel for defendants represent that they have

23 various prior obligations and trial conflicts as set out in Exhibit A

24 hereto. Counsel for defendants also represent that additional time is

25 necessary to confer with their defendants, conduct and complete an

26 independent investigation of the case, conduct and complete

27 additional legal research including for potential pre-trial motions,

28

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6          b.    Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9          c.    The government does not object to the continuance.

10         d.    The requested continuance is not based on congestion

11 of the Court's calendar, lack of diligent preparation on the part of

12 the attorney for the government or the defense, or failure on the

13 part of the attorney for the Government to obtain available

14 witnesses.

15    8.    For purposes of computing the date under the Speedy Trial

16 Act by which defendants' trial must commence, the parties agree that

17 the time period of January 2, 2024 to October 21, 2025, inclusive,

18 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19 (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20 continuance granted by the Court at defendants' request, without

21 government objection, on the basis of the Court's finding that:

22 (i) the ends of justice served by the continuance outweigh the best

23 interest of the public and defendant in a speedy trial; (ii) failure

24 to grant the continuance would be likely to make a continuation of

25 the proceeding impossible, or result in a miscarriage of justice; and

26 (iii) failure to grant the continuance would unreasonably deny

27 defendant continuity of counsel and would deny defense counsel the

28

1 reasonable time necessary for effective preparation, taking into

2 account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that

4 other provisions of the Speedy Trial Act dictate that additional time

5 periods be excluded from the period within which trial must commence.

6 Moreover, the same provisions and/or other provisions of the Speedy

7 Trial Act may in the future authorize the exclusion of additional

8 time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
  Dated: August 5, 2024              Respectfully submitted,

10

11                                   E. MARTIN ESTRADA
                                     United States Attorney

12                                   MACK E. JENKINS
                                     Assistant United States Attorney
13                                   Chief, Criminal Division

14

15        _____/s/_____
                                     JULIE J. SHEMITZ
16                                   Assistant United States Attorney

17                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21 discussed every part of this stipulation and the continuance of the

22 trial date with my client. I have fully informed my client of his

23 Speedy Trial rights.  To my knowledge, my client understands those

24 rights and agrees to waive them.  I believe that my client's decision

25 to give up the right to be brought to trial earlier than _____

26 is an informed and voluntary one.

27

  _____        _____
  ZAIRA VILLAGOMEZ                        Date
28

Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES                          Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER                                   Date

1   I am SAI ZHANG's attorney.  I have carefully discussed every

2   part of this stipulation and the continuance of the trial date with

3   my client.  I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____          _____
    RUEVEN L. COHEN                           Date
9   YOUNGBIN SON
    Attorneys for Defendant
10  SAI ZHANG

11

12
        This agreement has been read to me in Mandarin, the language I
13
    understand best, and I have carefully discussed every part of it with
14
    my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
    agree to the continuance of the trial date and give up my right to be
16
    brought to trial earlier than October 21, 2025.  I understand that I
17
    will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
    90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20  _____          _____
    SAI ZHANG                                 Date
21  Defendant

22                      **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Mandarin languages.  I accurately translated this entire

25  agreement from English into Mandarin to defendant SAI ZHANG on this

26  date.

27  _____          _____
    INTERPRETER                               Date
28

                                    7

1

2      I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3  every part of this stipulation and the continuance of the trial date

4  with my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025, is an

8  informed and voluntary one.

9  _____      _____
   ROBERT M. HELFEND                      Date
10 Attorney for Defendant
   BERNARDO MAUBERIS
11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____      _____
   BERNARDO MAUBERIS                      Date
21 Defendant

22

23             **CERTIFICATION OF INTERPRETER**

24     I, _____, am fluent in the written and spoken

25 English and Spanish languages.  I accurately translated this entire

26 agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27 this date.

28

INTERPRETER                                    Date

    I am PANYU ZHAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO                               Date
Attorney for Defendant
PANYU ZHAO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO                                     Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
INTERPRETER                              Date
```

I am RAUL CONTRERAS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

```
CHARLES C. BROWN                         Date
Attorney for Defendant
RAUL CONTRERAS
```

I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

```
RAUL CONTRERAS                           Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages. I accurately translated this entire
agreement from English into Spanish to defendant RAUL CONTRERAS on
this date.

10

INTERPRETER _____   Date _____

I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI _____   Date _____
Attorney for Defendant
GUILLERMO ZAMBRANO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO _____   Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____    Date _____

I am HANG SU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____    Date _____
Attorney for Defendant
HANG SU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____
   MATTHEW J. LOMBARD                          Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____
   OSCAR EDUARDO MAYORGA                        Date
20  Defendant

21

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____        _____
   INTERPRETER                                 Date
28

                        18

1    I, _____, am fluent in the written and spoken

2   English and Mandarin languages.  I accurately translated this entire

3   agreement from English into Mandarin to defendant SHOU YANG on this

4   date.

5   _____        _____

6   INTERPRETER                                Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

INTERPRETER                              Date

    I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

SHOU YANG                                Date
Attorney for Defendant
ROBERT C. HSU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

SHOU YANG                                Date
Defendant

## CERTIFICATION OF INTERPRETER

16

INTERPRETER                              Date


    I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.


DONALD J. MATSON                         Date
Attorney for Defendant
XUANYI MU


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.


XUANYI MU                                Date
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER                                    Date

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON                             Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE                                     Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

_____    _____
INTERPRETER                              Date

    I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____    _____
JONATHON PERLISS                         Date
Attorney for Defendant
JIAYONG YU

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

_____    _____
JIAYONG YU                               Date
Defendant

## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

I am VICTOR RODRIGUEZ-TRUJILLO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
EDVIN S. FLORES                          Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
VICTOR RODRIGUEZ-TRUJILLO               Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant VICTOR RODRIGUEZ-TRUJILLO on this date.

_____        _____
INTERPRETER                              Date

1    I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8

    _____     _____
    ROBERT BERNSTEIN                   Date

9    Attorney for Defendant

10   VIDAL LICON-ROBLES

11

12       I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   _____     _____
    VIDAL LICON-ROBLES               Date

20   Defendant

21

22                   **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26   on this date.

27   _____     _____
    INTERPRETER                     Date

28

1    I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____        _____
    ANTHONY M. SOLIS                         Date
9   Attorney for Defendant
    LEOPOLDO BERNAL
10

11

12    I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   _____        _____
    LEOPOLDO BERNAL                          Date
20   Defendant

21

22                      **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26   this date.

27   _____        _____
    INTERPRETER                              Date
28

I am JULIO ALEXANDER CABRERA's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than October 21,
2025 is an informed and voluntary one.

_____          _____
PETER JOHNSON                        Date
Attorney for Defendant
JULIO ALEXANDER CABRERA


    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____          _____
JULIO ALEXANDER CABRERA              Date
Defendant


                    **CERTIFICATION OF INTERPRETER**

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant JULIO ALEXANDER
CABRERA on this date.

_____          _____
INTERPRETER                          Date

                                22

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
MICHAEL S. CHERNIS                      Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
JOSE ANTONIO PARDO                      Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____        _____
INTERPRETER                             Date

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____          8/9/24
   JIANDE ZHOU                          Date
10 Attorney for Defendant
   KEVIN D. GRES
11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____          8/9/2024
   JIANDE ZHOU                          Date
21 Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24     I, Yanyan Liu, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant JIANDE ZHOUon this

27 date.

28

                                24

_____      08/09/2024
INTERPRETER                           Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28