1     I am SAI ZHANG's attorney.  I have carefully discussed every
2 part of this stipulation and the continuance of the trial date with
3 my client. I have fully informed my client of his Speedy Trial
4 rights.  To my knowledge, my client understands those rights and
5 agrees to waive them.  I believe that my client's decision to give up
6 the right to be brought to trial earlier than October 21, 2025 is an
7 informed and voluntary one.

8
                                                                              8/7/2024
9 _____         _____
   RUEVEN L. COHEN                                    Date
   YOUNGBIN SON
10 Attorneys for Defendant
   SAI ZHANG
11

12
    This agreement has been read to me in Mandarin, the language I
13 understand best, and I have carefully discussed every part of it with
14 my attorney.  I understand my Speedy Trial rights.  I voluntarily
15 agree to the continuance of the trial date and give up my right to be
16 brought to trial earlier than October 21, 2025.  I understand that I
17 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

19
   DocuSigned by:
   *Sai Zhang*                                                    8/7/2024
20 _____         _____
   SAI ZHANG                                           Date
21 Defendant

22                           **CERTIFICATION OF INTERPRETER**

23     I, _____Yanyan Liu_____, am fluent in the written and spoken
24 English and Mandarin languages.  I accurately translated this entire
25 agreement from English into Mandarin to defendant SAI ZHANG on this
26 date.

27
   *yanyan liu*                                               08/07/2024
   _____         _____
   INTERPRETER                                        Date
28