| | |
|---|---|
| INTERPRETER | Date |

I am XUANYI MU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

8/8/2024

DONALD J. MATSON                    Date
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

08/08/2024

XUANYI MU                            Date
Defendant

### CERTIFICATION OF INTERPRETER

I, Ivan Lam, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire

1 agreement from English into Mandarin to defendant XUANYI MU on this

2 date.

3 _____                    _____8/8/2024_____

4 INTERPRETER                                Date

5

6     I am SHOU YANG's attorney.  I have carefully discussed every

7 part of this stipulation and the continuance of the trial date with

8 my client. I have fully informed my client of his Speedy Trial

9 rights.  To my knowledge, my client understands those rights and

10 agrees to waive them.  I believe that my client's decision to give up

11 the right to be brought to trial earlier than October 21, 2025 is an

12 informed and voluntary one.

13 _____                    _____

    SHOU YANG                                  Date
    Attorney for Defendant
14 ROBERT C. HSU

15

16     I have read this stipulation and have carefully discussed it

17 with my attorney. I understand my Speedy Trial rights.  I voluntarily

18 agree to the continuance of the trial date, and give up my right to

19 be brought to trial earlier than October 21, 2025.  I understand that

20 I will be ordered to appear in Courtroom 8C of the Federal

21 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

22 2025 at 8:30 a.m.

23 _____                    _____

    SHOU YANG                                  Date
24 Defendant

25

26                    **CERTIFICATION OF INTERPRETER**

27

28
                                16