**ZAURA VILLAGOMEZ #322102**
*Attorney for Defendant*
15915 Ventura Blvd., Suite 203
Encino, CA 91436
Telephone: (213) 992-5000
Zaira@gnlaw.la

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>EDGAR JOEL MARTINEZ-REYES, | Case No. 2:23-CR-00524-DMG<br><br>**EX PARTE APPLICATION FOR ORDER ALLOWING DEFENDANT TO ATTEND FUNERAL SERVICES; PROPOSED ORDER**<br><br>Magistrate Judge: |

Defendant, Edgar Joel Martinez-Reyes, (hereafter known as "Mr. Martinez") by and through counsel of record applies ex-parte for an order permitting Mr. Martinez to attend the funeral service of Jose Israel Rios, step father, which are scheduled for:

**Date:** September 27, 2025

**Time:** 6am – 11:59pm.

**Location:** Calvary Chapel 4201 Whittier Blvd., Los Angeles, CA 90023 and Resurrection Cemetery 966 Potrero Grande Dr. Rosemead, CA 91770.

The USOA does not oppose this request. Pre-trial services does not oppose this request.

1
**EX PARTE APPLICATION FOR ORDER ALLOWING DEFENDANT TO ATTEND FUNERAL SERVICES; PROPOSED ORDER**

                                        Respectfully Submitted,

Dated: 9/22/2025                        /s/
_____
ZAURA VILLAGOMEZ
ATTORNEY FOR DEFENDANT
EDGAR JOEL MARTINEZ-REYES

**EX PARTE APPLICATION FOR ORDER ALLOWING DEFENDANT TO ATTEND FUNERAL SERVICES; PROPOSED ORDER**