BILAL A. ESSAYLI, First Ass't United States Attorney
JEREMY K. BEECHER (Cal. Bar No. 301272)
Ass't United States Attorney, Transnt'l Org. Crime Section
312 N. Spring St., Ste 1400, Los Angeles, CA 90012
Email: Jeremy.Beecher@usdoj.gov  Tel: (213) 894-5429

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S) <br> v. <br> EDGAR JOEL MARTINEZ-REYES, ET AL., DEFENDANT(S). | CASE NUMBER: <br> 2:23-CR-524(A)-DMG <br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged:  (**List Documents**)

Criminal Document; [Proposed] Order; Government's Ex Parte Application For Order Sealing Document; Declaration Of Jeremy K. Beecher And [Proposed] Order Sealing Document.

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

December 18, 2025                             /s/ Jeremy K. Beecher
Date                                          Attorney Name

                                              United States of America
                                              Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**